**Electronically Filed
Intermediate Court of Appeals
29501
09-MAY-2011
08:15 AM**

NO. 29501


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I,
Plaintiff-Appellee, v. SH, Defendant-Appellant,
and SW, Defendant


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-P NO. 06-1-0276)


SUMMARY DISPOSITION ORDER
(By:  Nakamura, C.J., Fujise and Leonard, JJ.)

Defendant-Appellant SH (SH) appeals pro se from the October 7, 2008 Judgment of Paternity regarding her child (Child), entered by the Family Court of the First Circuit (family court).[1]

On appeal, SH does not raise any articulable legal issues.  As best we can ascertain, her sole contention appears to be that the family court erred in entertaining the Complaint for Establishment of Paternity filed by the Child Support Enforcement Agency, State of Hawai'i.  In particular, SH contests the family court's order that Child's father's name be placed on Child's birth certificate because SH signed and delivered to her social worker at the Department of Human Services (DHS) a "'Good Clause' contract" attesting to her belief that Child's father presented a danger to SH and Child should DHS pursue him for support for Child.

---

[1]  The Honorable Patricia C. Aburano presided.

However, SH has not provided transcripts and does not provide any legal basis from which we could conclude the family court erred in entering the Judgment of Paternity. Although the appellate courts of this state have adhered to the policy of affording litigants the opportunity to have their cases heard on the merits where possible, Schefke v. Reliable Collection Agency, Ltd., 96 Hawai'i 408, 420, 32 P.3d 52, 64 (2001), as SH has not provided us with a complete record or a discernible legal argument upon which to grant relief, we must decline to do so here.

Therefore, we affirm the October 7, 2008 Judgment of Paternity entered by the Family Court of the First Circuit.

DATED: Honolulu, Hawai'i, May 9, 2011.

On the briefs:

Defendant-Appellant, pro se.

Mary Ann Magnier,
Rosemary McShane, and
Browning A. Clark,
Deputy Attorneys General
for Plaintiff-Appellee.

Chief Judge

Associate Judge

Associate Judge

2